**Elsie C. MADISON, Administrator of the Estate of Ricky R. Madison, Appellee,**

**v.**

**Stevan C. STAUFFACHER and Dean W. Stauffacher, Appellants.**

**No. 53647.**

Supreme Court of Iowa.

Feb. 10, 1970.

Rehearing Denied April 6, 1970.

Fisher, Pickens & Barnes, Cedar Rapids, for appellants.

W. Howard Smith and William W. Crissman, Cedar Rapids, for appellee.

PER CURIAM.

Defendants appealed from rulings and judgment in guest case claiming insufficient evidence, assumption of risk as a matter of law, insufficient instructions and failure to give requested instructions.

LARSON, SNELL, MOORE and BECKER, JJ., vote for affirmance.

STUART, MASON, RAWLINGS and LeGRAND, JJ., vote for reversal.

REES, J., takes no part.

The court being evenly divided the case is affirmed by operation of law. (Section 684.10 Code, 1966).